IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | 8:11CR258 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LAWRENCE BRACHA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Karen M. Shanahan and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Lawrence Bracha (Bracha) (Filing No. 25). Ms. Shanahan represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Ms. Shanahan's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 25) is granted.

John J. Velasquez, 11605 Miracle Hills Drive, # 300, Omaha, NE 68154, (402) 492-9800, is appointed to represent Bracha for the balance of these proceedings pursuant to the Criminal Justice Act. Ms. Shanahan shall forthwith provide Mr. Velasquez with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Shanahan which are material to Bracha's defense.

The clerk shall provide a copy of this order to Mr. Velasquez, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 13th day of September, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge