IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:11CR258 |
| | ) | |
| v. | ) | |
| | ) | |
| LAWRENCE BRACHA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for further hearing (Filing No. 87) requesting defendant be released from detention and to self-surrender to the Federal Bureau of Prisons. After consulting pretrial services and reviewing defendant's prior behavior as well as the issues concerning the behavior of his father, the Court finds defendant's motion should be denied. Accordingly,

IT IS ORDERED that defendant's motion for further hearing and his request for release from detention are denied.

DATED this 27th day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court