IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:11CR258
                             )
      v.                     )
                             )
ANTHONY HARLAN,              )         ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court after being notified that Williams Prepared Place and Stephens Center have both declined to accept defendant into a treatment program in view of defendant's conduct in confinement. The Court finds its order of February 7, 2012 (Filing No. 80) should be rescinded and defendant's motion to have defendant screened for chemical dependency treatment (Filing No. 79) will be denied. Accordingly,

IT IS ORDERED that the Court's order of February 7, 2012, is rescinded; defendant's motion to be screened for chemical dependency treatment is denied.

DATED this 27th day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court